FILED IN
COURT OF CRIMINAL APPEALS

May 26, 2015

ABEL ACOSTA, CLERK

PD-0077-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/22/2015 5:40:52 PM
Accepted 5/26/2015 8:26:19 AM
ABEL ACOSTA
CLERK

No. PD-0077-15

## IN THE COURT OF CRIMINAL APPEALS

## OF THE STATE OF TEXAS

STEVEN COLE,                                                     Appellant

V.

STATE OF TEXAS,                                                  Appellee

Appeal from Gregg County

\* \* \* \* \*

**STATE'S MOTION TO EXTEND TIME FOR**

**FILING ITS BRIEF ON THE MERITS**

\* \* \* \* \*

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

P. O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

No. PD-0077-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

STEVEN COLE,                                                              Appellant

V.

STATE OF TEXAS,                                                          Appellee

* * * * *

**STATE'S MOTION TO EXTEND TIME FOR**

**FILING ITS BRIEF ON THE MERITS**

* * * * *

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Pursuant to the Rules of Appellate Procedure, the State moves this Honorable Court to extend the time for filing its Brief on the Merits in this case to and including the 5th day of June, 2015. This Court granted the State's petition for discretionary review on April 22, 2015, and the deadline for filing the State's brief is May, 22, 2015.

The State is unable to file its petition by the deadline for the following reasons: Counsel spoke at a judicial conference in Dallas on May 15, 2015, presented oral argument to this Court in *Peraza v. State*, No. PD-0100-15 & 0101-15 on May 20, 2015, and filed the State's brief in *Leming v. State*, No. PD-0072-15 on May 20, 2015.

WHEREFORE, the State prays that its motion to extend the time for filing its

Brief on the Merits until June 5, 2015, be granted.

Respectfully submitted,


/s/ Lisa C. McMinn
 Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

P.O. Box 13046
Austin, Texas 78701
information@spa.texas.gov
512/463-1660 (Telephone)
512-463-5724 (Fax)

## CERTIFICATE OF SERVICE

A copy of the foregoing State's Motion to Extend the Time for Filing its Brief

on the Merits has been e-served or e-mailed on this the 22nd day of May, 2015 to:

Zan Colson Brown
Assistant District Attorney
101 East Methvin, Suite 333
Longview, Texas, 75601
zan.brown@co.gregg.tx.us

Ebb Mobley
P.O. Box 2309
Longview, Texas 75606
ebbmob@aol.com


/s/ Lisa C. McMinn
Lisa C. McMinn
State Prosecuting Attorney